# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA  ☒ EEOC

Agency(ies) Charge No(s): 440-2008-00649

Illinois Department Of Human Rights and EEOC

State or local Agency, if any

**Name:** Mr. Raed H. Al-Khader
**Home Phone:** (847) 722-7233
**Date of Birth:** 01-01-1966

**Street Address:** 1625 Elmwood Drive, Highland Park, IL 60035

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** SERFILCO, LTD
**No. Employees, Members:** 101 - 200
**Phone No.:** (847) 559-1777

**Street Address:** 2900 Mcarthur Boulevard, Northbrook, IL 60062

**DISCRIMINATION BASED ON:** ☒ RELIGION  ☒ NATIONAL ORIGIN

**DATE(S) DISCRIMINATION TOOK PLACE:**
Earliest: 1997
Latest: 01-05-2007

**THE PARTICULARS ARE:**

I began my employment with Respondent in September 1997. My most recent position was Designer. During my employment I have been subjected to ethnic comments and different terms and conditions of employment. My position was eliminated effective on January 5, 2007.

I believe that I have been discriminated against because of my national origin, Arab, and my religion, Muslim, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
NOV 01 2007
CHICAGO DISTRICT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 01, 2007

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Exhibit