# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 955 | **DATE** | March 27, 2008 |
| **CASE TITLE** | AL-KHADER vs. SERFILCO LTD | | |

**DOCKET ENTRY TEXT**

Status hearing continued for 5/1/2008 at 2:30 PM.

| | Courtroom Deputy Initials: | JS |
|---|---|---|

Case 1:08-cv-00955　　Document 9　　Filed 03/27/2008　　Page 1 of 1

08C955 AL-KHADER vs. SERFILCO LTD　　　　Page 1 of 1