## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Raed Al–Khader

                              Plaintiff,

v.                                              Case No.: 1:08–cv–00955
                                                Honorable John A. Nordberg

Serfilco, Ltd.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

        MINUTE entry before Judge Honorable John A. Nordberg:Status hearing held on 5/1/2008. Defendant's time to answer or otherwise plead is granted to 5/12/2008. Status hearing set for 5/21/2008 at 2:30 PM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.